IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.M. & I.B., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION FILE NO. |
| | : | 1:24-cv-04039-TWT |
| v. | : | |
| | : | |
| RADHESHVAR, LLC, d/b/a, MOTEL 6, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiffs hereby file this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a stock of a party:
   (a) **H.M.;**
   (b) **I.B.; and**
   (c) **Radheshvar, LLC, d/b/a MOTEL 6.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

1

having either financial interest in or other interest which could be

substantially affected by the outcome of this particular case:
**None known.**

(3) The undersigned certifies that the following is a full and complete list of

all persons serving as attorneys for the parties in this proceeding:

**<u>Counsel for Plaintiffs</u>**
Patrick J. McDonough
Jonathan S. Tonge
Rory A. Weeks
Jennifer M. Webster

Respectfully submitted on September 10, 2024.

                                                ANDERSEN, TATE & CARR, P.C.

                                                */s/ Rory A. Weeks*
                                                PATRICK J. MCDONOUGH
                                                Georgia Bar No. 489855
                                                pmcdonough@atclawfirm.com
                                                JONATHAN S. TONGE
                                                Georgia Bar No. 303999
                                                jtonge@atclawfirm.com
                                                RORY A. WEEKS
                                                Georgia Bar No. 113491
                                                rweeks@atclawfirm.com
                                                JENNIFER M. WEBSTER
                                                Georgia Bar No. 760381
                                                jwebster@atclawfirm.com
                                                *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784| Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on September 10, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784| Facsimile