UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., | ) |
|    Plaintiffs, | ) ) ) ) CIVIL ACTION FILE |
| v. | ) ) NO. 1:24-cv-04039-TWT |
| RADHESHVAR, LLC, d/b/a MOTEL 6, | ) ) ) |
|    Defendant. | ) ) |

**ORDER**

Before the Court is Plaintiffs' Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that the privacy and safety interests of Plaintiffs and witnesses identified or suspected of being victims of sex trafficking outweigh the public's interest in knowing their identities. Thus, the motion is **GRANTED**.

The Court **ORDERS** that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiffs as H.M. and I.B., with no other additional identifying information. The Court further **ORDERS** that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case referring to any witness identified by counsel for either party as a victim of sex trafficking or as suspected victims of sex trafficking shall refer to those witnesses by pseudonymous initials only.

1

Upon the entry of this Order, Plaintiffs shall privately disclose their names to Defendant. Defendant shall be able to conduct discovery using Plaintiffs' or witnesses' names. But for any publicly filed documents, the names of Plaintiffs and all witnesses identified or suspected of being sex trafficking victims shall be redacted or referred to only by the appropriate pseudonymous initials.

SO ORDERED this __19th__ day of __September__, 2024.

*Thomas W. Thrash*
Thomas W. Thrash, Jr.
United States District Judge