AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Radheshvar, LLC**
was received by me on *(date)* **9·17·24**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Rupa Patel**, who is designated by law to accept service of process on behalf of *(name of organization)* **Radheshvar, LLC** on *(date)* **9·18·24**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9·19·24**

Server's signature

**Cathy W. Crawford, P.I.**
Printed name and title
**Crawford, Shaney & Rasco Inc**
**P.O. Box 1616**
**Watkinsville, GA 30677**
Server's address

Additional information regarding attempted service, etc:
**Registered Agent / Corp office address no longer occuppied.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.M. & I.B.,
        Plaintiffs,

Vs.

CASE NO: 1:24-cv-04039-TWT

RADHESHVAR, LLC, d/b/a
MOTEL 6,
        Defendant.

## ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT

Service of Summons, Complaint, Civil Cover Sheet, Certificate of Interested Persons & Corporate Disclosure Statement, and Plaintiff's Motion For Protective Order and Leave to Proceed Anonymously with Proposed Order is hereby acknowledged and accepted on behalf of Defendant Radheshvar, LLC by _Registered Agent, Rupa Y. Patel_ with express permission from Rupa Patel, Registered Agent for defendant.

This _19th_ day of September, 2024.

_Rupa Y. Patel_
PRINTED NAME

_Rupa Patel_
SIGNATURE

Server:

_Cathy Crawford signature_
CATHY W. CRAWFORD
CRAWFORD, SHANEY & RASCO, INC.
P O BOX 1616, WATKINSVILLE, GA 30677
706-614-9652