# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| H.M. & I.B., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:24-cv-04039-TWT |
| | ) | |
| RADHESHVAR, LLC, d/b/a MOTEL 6, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE FOR DEFENDANT

COMES NOW, TRACY A. GILMORE of the law firm of Swift, Currie, McGhee & Hiers, LLP and files this notice of appearance as co-counsel of record for Defendant Radheshvar, LLC d/b/a Motel 6 ("Defendant"). Defendant will continue to be represented by Kori E. Wagner (Lead Counsel) of the law firm of Swift, Currie, McGhee & Hiers, LLP, who will retain responsibility for the above-captioned matter. All further pleadings, orders and notices should be sent to Kori E. Wagner, Marissa H. Merrill, and Tracy A. Gilmore as counsel for Defendant from this point forward.

[*Signature Line on Following Page*]

This 18th day of October, 2024.

                              SWIFT, CURRIE, McGHEE & HIERS

By: ***/s/ Tracy A. Gilmore***
      KORI E. WAGNER
      Georgia Bar No.: 155438
      MARISSA H. MERRILL
      Georgia Bar No. 216039
      TRACY A. GILMORE
      Georgia Bar No. 633193
      *Attorneys for Defendant Radheshvar, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This are to certify that on the 18th day of October, 2024, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing *Notice of Appearance for Defendant* by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

        SWIFT, CURRIE, McGHEE & HIERS

By:   ***/s/ Tracy A. Gilmore***
     KORI E. WAGNER
     Georgia Bar No.: 155438
     MARISSA H. MERRILL
     Georgia Bar No. 216039
     TRACY A. GILMORE
     Georgia Bar No. 633193
     *Attorneys for Defendant Radheshvar, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4877-1196-1072, v. 1