UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a MOTEL 6, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4039-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2024, a true and correct copy of Plaintiffs' First Requests for Admission to Defendant Radheshvar, LLC, d/b/a Motel 6, Plaintiffs' First Continuing Interrogatories to Defendant Radheshvar, LLC d/b/a Motel 6, and Plaintiffs' First Requests for Production to Defendant Radheshvar, LLC d/b/a Motel 6, was served via electronic service upon counsel of record.

Respectfully submitted on November 19, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com

                                                      RORY A. WEEKS
                                                      Georgia Bar No. 113491
                                                      rweeks@atclawfirm.com
                                                      JENNIFER M. WEBSTER
                                                      Georgia Bar No. 760381
                                                      jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

            ANDERSEN, TATE & CARR, P.C.

            */s/ Rory A. Weeks*
            PATRICK J. MCDONOUGH
            Georgia Bar No. 489855
            pmcdonough@atclawfirm.com
            JONATHAN S. TONGE
            Georgia Bar No. 303999
            jtonge@atclawfirm.com
            RORY A. WEEKS
            Georgia Bar No. 113491
            rweeks@atclawfirm.com
            JENNIFER M. WEBSTER
            Georgia Bar No. 760381
            jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile