# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| H.M. & I.B., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:24-cv-04039-TWT |
| | ) | |
| RADHESHVAR, LLC d/b/a | ) | |
| MOTEL 6, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS
_____

Pursuant to Rule 5.4 of the Local Civil Rules, the undersigned does hereby certify that on December 19, 2024, I served true and correct copies of the following:

1. **Defendant Radheshvar, LLC d/b/a Motel 6 Objections and Responses to Plaintiffs' First Request for Admission;**

2. **Defendant Radheshvar, LLC d/b/a Motel 6 Responses to Plaintiff's Continuing Interrogatories; and**

3. **Defendant Radheshvar, LLC d/b/a Motel 6 Responses and Objections to Plaintiff's First Production of Documents**

amongst all parties via electronic transmission and electronically file this Certificate of Service of Discovery with the Clerk of the Court using the CM/ECF which will send notification to all counsel of record.

-2-

This 19th day of December, 2024.

**SWIFT, CURRIE, McGHEE & HIERS**

By:   */s/ Marissa H. Merrill*
       Kori E. Wagner
       Georgia Bar No. 155438
       Marissa H. Merrill
       Georgia Bar No. 216039
       Tracy A. Gilmore
       Georgia Bar No. 633193
       *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Tel:  404.888.6191
Fax:  404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-3-

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in Times New Roman font, 14 points, and complies with Local Rule 5.1(C) of the Northern District of Georgia.

This 19th day of December, 2024.

SWIFT, CURRIE, McGHEE & HIERS

By:     /s/ Marissa H. Merrill
        Kori E. Wagner
        Georgia Bar No. 155438
        Marissa H. Merrill
        Georgia Bar No. 216039
        Tracy A. Gilmore
        Georgia Bar No. 633193
        *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Tel:   404.888.6191
Fax:  404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4936-2637-2616, v. 1