UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a MOTEL 6, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4039-TWT |

## MOTION TO REASSIGN RELATED CASES

Plaintiffs were sex trafficked in 2014. Two places where they were sold for sex are hotels owned by Defendant Radheshvar, LLC: a Motel 6 and Super 8. Defendant's hotels share a parking lot but are nominally separate places. So Plaintiffs sued Defendant twice: once for each hotel. Plaintiffs marked the cases as related. And shortly after their filing, these related cases were assigned to the same judge: Judge Thomas W. Thrash Jr. *See* Order, *H.M. & I.B. v. Radheshvar, LLC d/b/a Super 8*, No. 1:24-cv-4041 (Sept. 18, 2024).

Earlier this month, Judge Tiffany R. Johnson was sworn in as the newest member of the Court. (Congratulations to Judge Johnson!) As part of the case reshuffling that follows any judicial change, one of Plaintiffs' cases against Defendant (No. 1:24-cv-4041) was reassigned to Judge Johnson. The other (No. 1:24-cv-4039) remains before Judge Thrash. Of course, the cases are as factually related as ever.

Plaintiffs ask that these cases (No. 1:24-cv-4039 & 1:24-cv-4041) be assigned to the same judge. Plaintiffs, of course, have no preference about which judge is assigned. Plaintiffs have filed this motion in both Courts.

Plaintiffs contacted Defendant to find out if there was any opposition to this motion last week but never heard back.

Respectfully submitted on January 31, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                         ANDERSEN, TATE & CARR, P.C.

                                         */s/ Rory A. Weeks*
                                         PATRICK J. MCDONOUGH
                                         Georgia Bar No. 489855
                                         pmcdonough@atclawfirm.com
                                         JONATHAN S. TONGE
                                         Georgia Bar No. 303999
                                         jtonge@atclawfirm.com
                                         RORY A. WEEKS
                                         Georgia Bar No. 113491
                                         rweeks@atclawfirm.com
                                         JENNIFER M. WEBSTER
                                         Georgia Bar No. 760381
                                         jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile