IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B.,<br><br>    Plaintiffs,<br><br>v.<br><br>RADHESHVAR, LLC, d/b/a<br>MOTEL 6,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-4039-TWT |

**NOTICE OF LEAVE OF ABSENCE**
_____

COMES NOW **MARISSA H. MERRILL** and respectfully notifies all judges before whom she has cases pending, all affected Clerks of Court, and all opposing counsel, that she will be on leave pursuant to GA Uniform Superior Court Rule 16.

1. The periods of leave during which time Applicant will be away from the practice of law for vacation and out-of-town trips are as follows:

- May 1-2, 2025;
- July 2-3, 21-25, 2025;
- August 13-15, 2025;
- September 2-5, 2025;
- November 26, 28, 2025; and
- December 5, 23-24, 26, 29, 2025.

2. All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

-2-

Respectfully this 3rd day of March, 2025.

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

By: */s/ Marissa H. Merrill*
Kori E. Wagner
Georgia Bar No. 155438
Marissa H. Merrill
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
*Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Tel:  404.888.6191
Fax:  404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that I have caused to be served upon counsel for all parties a true and correct copy of the foregoing ***NOTICE OF LEAVE OF ABSENCE*** by filing same through use of the Court's online filing system which will serve all counsel of record.

This 3rd day of March, 2025.

                                         **SWIFT, CURRIE, McGHEE & HIERS**

                                         By:   */s/ Marissa H. Merrill*
                                                          Kori E. Wagner
                                                          Georgia Bar No. 155438
                                                          Marissa H. Merrill
                                                          Georgia Bar No. 216039
                                                          Tracy A. Gilmore
                                                          Georgia Bar No. 633193
                                                          *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Tel:  404.888.6191
Fax:  404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

    4930-7499-4467, v. 1

-3-