IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M., et al., **Plaintiffs**, v. RADHESHVAR, LLC, d/b/a Motel 6, **Defendant**. | CIVIL ACTION FILE NO. 1:24-CV-4039-TWT |

### ORDER

This is a sex trafficking action. It is before the Court on the Defendant's Motion [Doc. 7]. Motions to strike are disfavored because they are generally a waste of everybody's time which is the case here. The Defendant's Motion to Strike [Doc. 7] is DENIED.

SO ORDERED, this ____8th____ day of April, 2025.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
United States District Judge