UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.M. & I.B.,

     Plaintiffs,

v.

RADHESHVAR, LLC, d/b/a
MOTEL 6,

     Defendant.

CIVIL ACTION FILE

NO. 1:24-cv-4039-TWT

## [PROPOSED] ORDER ON CONSENT MOTION
## TO EXTEND DISCOVERY

HAVING REVIEWED the Parties' Consent Motion to Extend Discovery, IT

IS HEREBY ORDERED the discovery deadline is October 8, 2025.

SO ORDERED this _____ day of _____, 2025.

_____
Thomas W. Thrash, Jr.
United States District Judge