UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a MOTEL 6, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4039-TWT |

**PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF GLENN CAMP**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, Counsel for Plaintiffs will take the videotaped deposition of Glenn Camp. The deposition will take place on August 13, 2025, at 9:00 a.m., EST, at Swift, Currie, McGhee & Hiers, 1420 Peachtree Street, N.E., Suite 800, Atlanta, Georgia 30309 and be conducted in person. The deposition will be taken under cross-examination before an officer duly authorized to administer oaths, by stenographic and video means, and will be taken for discovery, for use at trial, and for all permissible purposes. The oral examination will continue from day to day until completed. Opposing counsel may attend and examine.

Respectfully submitted on August 5, 2025.

                                    ANDERSEN, TATE & CARR, P.C.

                                    */s/ Jennifer M. Webster*
                                    PATRICK J. MCDONOUGH
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    JONATHAN S. TONGE
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    RORY A. WEEKS
                                    Georgia Bar No. 113491
                                    rweeks@atclawfirm.com
                                    JENNIFER M. WEBSTER
                                    Georgia Bar No. 760381
                                    jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

# CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                     ANDERSEN, TATE & CARR, P.C.

                                     */s/ Jennifer M. Webster*
                                     PATRICK J. MCDONOUGH
                                     Georgia Bar No. 489855
                                     pmcdonough@atclawfirm.com
                                     JONATHAN S. TONGE
                                     Georgia Bar No. 303999
                                     jtonge@atclawfirm.com
                                     RORY A. WEEKS
                                     Georgia Bar No. 113491
                                     rweeks@atclawfirm.com
                                     JENNIFER M. WEBSTER
                                     Georgia Bar No. 760381
                                     jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile