UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a MOTEL 6, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-04039-TWT |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, Patrick J. McDonough, lead counsel for Plaintiffs H.M. and I.B., and pursuant to Local Rule 83.1E(5), respectfully requests that this Court grant his request for leave of absence.

1.

The period of leave during which Mr. McDonough will be away from the practice of law for personal reasons and/or international travel are as follows:

- September 11-14, 2025;
- October 7-11, 2025;
- October 23-27, 2025;
- November 3-7, 2025;
- November 10-14, 2025;
- November 17-21, 2025;

- November 24-28, 2025; and

- December 1-5, 2025

2.

A Proposed Order setting forth the relief requested herein is attached as Exhibit "A".

Respectfully submitted this 14th day of August, 2025.

          ANDERSEN, TATE & CARR, P.C.

          */s/ Patrick J. McDonough*
          PATRICK J. MCDONOUGH
          Georgia Bar No. 489855
          pmcdonough@atclawfirm.com
          JONATHAN S. TONGE
          Georgia Bar No. 303999
          jtonge@atclawfirm.com
          RORY A. WEEKS
          Georgia Bar No. 113491
          rweeks@atclawfirm.com
          JENNIFER M. WEBSTER
          Georgia Bar No. 760381
          jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## **CERTIFICATE OF COMPLIANCE**

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 14th day of August, 2025.

                                                ANDERSEN, TATE & CARR, P.C.

                                                */s/ Patrick J. McDonough*
                                                PATRICK J. MCDONOUGH
                                                Georgia Bar No. 489855
                                                pmcdonough@atclawfirm.com
                                                JONATHAN S. TONGE
                                                Georgia Bar No. 303999
                                                jtonge@atclawfirm.com
                                                RORY A. WEEKS
                                                Georgia Bar No. 113491
                                                rweeks@atclawfirm.com
                                                JENNIFER M. WEBSTER
                                                Georgia Bar No. 760381
                                                jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff through her attorney delivered a true and correct copy of the foregoing, filed with the Court in the above-styled case, by electronic service through filing in the Court's electronic case files ("ECF") system which will automatically send notification of such filing to the attorneys of record.

Respectfully submitted this 14th day of August, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Patrick J. McDonough*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile