UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.M. & I.B.,

    Plaintiffs,

v.

RADHESHVAR, LLC, d/b/a
MOTEL 6,

    Defendant.

CIVIL ACTION FILE

NO. 1:24-cv-04039-TWT

## ORDER ON MOTION FOR LEAVE OF ABSENCE

It appearing to the Court that Patrick J. McDonough, Esq., lead counsel for Plaintiffs H.M. and I.B., will be away from the practice of law for the multiple dates listed in his Motion.

It is therefore **ORDERED** that Patrick J. McDonough be, and hereby is, **GRANTED** leave from being called to appear in this matter for those same dates.

IT IS SO ORDERED, this 15th day of August, 2025.

JUDGE THOMAS W. THRASH, JR
United States District Judge
Northern District of Georgia