UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B.,<br><br>    Plaintiffs,<br><br>v.<br><br>RADHESHVAR, LLC, d/b/a MOTEL 6,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-4039-TWT |

**CONSENT MOTION TO EXTEND THE DISCOVERY PERIOD**

The parties request that this Court extend discovery until January 8, 2026.

This lawsuit arises from allegations that Plaintiffs were trafficked for sex when they were 18 years old at the Motel 6 located at 2820 Chamblee Tucker Road, Atlanta, Georgia 30341.

The discovery period is set to expire on October 8, 2025. The parties have worked together in good faith to streamline and conduct discovery in two cases (this case and *H.M. and I.B. v. Radheshvar, LLC d/b/a Super 8*, 1:24-cv-4041) efficiently. In doing so, the parties have exchanged written discovery, documents, and have been working to schedule depositions of the party witnesses. Plaintiffs' counsel and Defendant's counsel have been on opposite sides of several sex-trafficking cases over the last couple of years. In each instance, they have been able to work well together, and in those other cases, at least, were able to reach a settlement without a trial.

Recently, Plaintiffs' main counsel had to undergo an urgent surgical procedure (placement of three cardiac stents). As a result, counsel has been out of work and is only now returning to work slowly. Counsel's poor health and now recovery has affected the parties' ability to complete critical discovery, including the deposition of Defendant and the depositions of third-party witnesses.

Given Plaintiffs' counsel's recent, unexpected health issues, the parties conferred and agreed that a discovery extension is necessary and appropriate to complete the depositions of Defendant and third-party witnesses.

Accordingly, the parties respectfully request that the Court extend discovery for three months; that is, until January 8, 2026.

Respectfully submitted on October 1, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

2

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

                        SWIFT, CURRIE, McGHEE & HIERS

                        */s/ Kori E. Wagner*
                        KORI E. WAGNER
                        Georgia Bar No. 155438
                        Kori.wagner@swiftcurrie.com
                        MARISSA H. MERRILL
                        Georgia Bar No. 216039
                        Marissa.merrill@swiftcurrie.com
                        TRACY A. GILMORE
                        Georgia Bar No. 633193
                        Tracy.gilmore@swiftcurrie.com

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4347
(404) 874-8800

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

           ANDERSEN, TATE & CARR, P.C.

           */s/ Rory A. Weeks*
           PATRICK J. MCDONOUGH
           Georgia Bar No. 489855
           pmcdonough@atclawfirm.com
           JONATHAN S. TONGE
           Georgia Bar No. 303999
           jtonge@atclawfirm.com
           RORY A. WEEKS
           Georgia Bar No. 113491
           rweeks@atclawfirm.com
           JENNIFER M. WEBSTER
           Georgia Bar No. 760381
           jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile