UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a MOTEL 6, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4039-TWT |

**STIPULATION OF DISMISSAL**

The parties have reached an agreement to resolve all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims with prejudice.

Respectfully submitted on December 3, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

        SWIFT, CURRIE, McGHEE & HIERS

        */s/ Kori E. Wagner*
        KORI E. WAGNER
        Georgia Bar No. 155438
        Kori.wagner@swiftcurrie.com
        MARISSA H. MERRILL
        Georgia Bar No. 216039
        Marissa.merrill@swiftcurrie.com
        TRACY A. GILMORE
        Georgia Bar No. 633193
        Tracy.gilmore@swiftcurrie.com

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4347
(404) 874-8800

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

             ANDERSEN, TATE & CARR, P.C.

             */s/ Rory A. Weeks*
             PATRICK J. MCDONOUGH
             Georgia Bar No. 489855
             pmcdonough@atclawfirm.com
             JONATHAN S. TONGE
             Georgia Bar No. 303999
             jtonge@atclawfirm.com
             RORY A. WEEKS
             Georgia Bar No. 113491
             rweeks@atclawfirm.com
             JENNIFER M. WEBSTER
             Georgia Bar No. 760381
             jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile